

# COURT OF APPEALS

### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-11-00151-CV

IN RE JOHN WILLIAM HUMMEL                         RELATOR

------------

## ORIGINAL PROCEEDING

------------

## MEMORANDUM OPINION[1]

------------

The court has considered relator's "Petition For Writ Of Mandamus And/Or Prohibition" and motion for emergency stay and is of the opinion that all relief should be denied. Accordingly, relator's "Petition For Writ Of Mandamus And/Or Prohibition" and motion for emergency stay are denied.

PER CURIAM

PANEL: GARDNER, MCCOY, and GABRIEL, JJ.

DELIVERED: April 27, 2011

---

[1]See Tex. R. App. P. 47.4, 52.8(d).